[No. 33227-9-I.    Division One.    May 16, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID BAXTER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-02356-0, James D. McCutcheon, Jr., J.,

entered July 15, 1993. *Affirmed* by unpublished per curiam opinion.